## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
|    Plaintiff | ) | Case No: 15 CR 379-10 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Chiquette Jackson | ) | |
|    Defendant | ) | |

## **AMENDED ORDER**

Show Cause Hearing held on 8/28/18 as to Defendant Chiquette Jackson. For the reasons stated on the record, the hearing is continued to 9/27/18 at 11:00 a.m. The defendant's bond is modified as follows: the defendant is currently on electronic monitoring (home incarceration) through the Cook County Circuit Court. Should the defendant be removed from electronic monitoring by Cook County, the defendant is ordered to contact Pretrial Services within 24 hours to receive reporting instructions to be placed in the Location Monitoring Program (home incarceration).

(T:00:15)

_____

Date: August 28, 2018          Magistrate Judge Maria Valdez